UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 6, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>         Plaintiff,    )<br>v.    )<br>    )<br>MONICA MARIE NUNES,    )<br>    )<br>         Defendant.    ) | Case No. 2:07CR00390-FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MONICA MARIE NUNES__, Case No. __2:07CR00390-FCD__, Charge __18 USC § 471, 472 & 1708__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $___

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _✔_ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 6, 2007__ at __2:00 pm__.

                            By   /s/ Gregory G. Hollows
                                  Gregory G. Hollows
                                  United States Magistrate Judge

Copy 5 - Court