1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   MONICA MARIE NUNES
7
8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,        )  No. 2:07-cr-0390 FCD
                                    )
13              Plaintiff,          )
                                    )  STIPULATION AND ORDER CONTINUING
14     v.                           )  STATUS CONFERENCE
                                    )
15 MONICA MARIE NUNES,              )  Date:  October 22, 2007
                                    )  Time:  10:00 a.m.
16              Defendant.          )  Judge: Hon. Frank C. Damrell, Jr.
   _____  )
17

18     It is hereby stipulated between the parties, Robin Taylor,
19 Assistant United States Attorney, attorney for plaintiff and Mary M.
20 French, Supervising Assistant Federal Defender, attorney for defendant
21 MONICA MARIE NUNES, that the Status Conference hearing date of
22 September 24, 2007, is vacated and a new Status Conference hearing date
23 of October 22, 2007, at 10:00 a.m. is hereby set.
24     This continuance is requested because counsel for defendant is
25 still waiting to receive and review discovery in this case.
26     It is further stipulated that the period from September 24, 2007,
27 through and including October 22, 2007, should be excluded pursuant to
28 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated:  September 21, 2007          Respectfully submitted,

3

4                                       DANIEL J. BRODERICK
                                        Federal Defender
5

6
                                         /s/ Mary M. French
7                                       MARY M. FRENCH
                                        Supervising Assistant
8                                       Federal Defender
                                        Attorney for Defendant
9                                       MONICA MARIE NUNES

10

11
   Dated:  September 21, 2007           MCGREGOR W. SCOTT
12                                      United States Attorney

13
                                        /s/  Mary M. French for
14                                           Robin Taylor

15                                      ROBIN TAYLOR
                                        Assistant U.S. Attorney
16                                      per telephonic authorization

17

18       **IT IS SO ORDERED.**

19  DATED: September 21, 2007

20

21

22
                                        FRANK C. DAMRELL, JR.
23                                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stip and Order/Nunes                    2