```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    MONICA MARIE NUNES
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. 2:07-cr-0390 FCD
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER CONTINUING
14       v.                       ) STATUS CONFERENCE
                                  )
15  MONICA MARIE NUNES,           ) Date: November 26, 2007
                                  ) Time: 10:00 a.m.
16              Defendant.        ) Judge: Hon. Frank C. Damrell, Jr.
    _____ )
17
```

18     It is hereby stipulated between the parties, Robin Taylor,

19 Assistant United States Attorney, attorney for plaintiff and Mary M.

20 French, Supervising Assistant Federal Defender, attorney for defendant

21 MONICA MARIE NUNES, that the Status Conference hearing date of October

22 22, 2007, is vacated and a new Status Conference hearing date of

23 November 26, 2007, at 10:00 a.m. is hereby set.

24     This continuance is requested because counsel for defendant is

25 still in the process of reviewing discovery in this case with her

26 client.

27     It is further stipulated that the period from October 22, 2007,

28 through and including November 26, 2007, should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated:  October 22, 2007            Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                        /s/ Mary M. French
                                       MARY M. FRENCH
                                       Supervising Assistant
                                       Federal Defender
                                       Attorney for Defendant
                                       MONICA MARIE NUNES


Dated:  October 22, 2007               MCGREGOR W. SCOTT
                                       United States Attorney


                                       /s/  Mary M. French for
                                            Robin Taylor
                                       _____
                                       ROBIN TAYLOR
                                       Assistant U.S. Attorney
                                       per telephonic authorization


IT IS SO ORDERED.

Dated: October 22, 2007


                         _____
                         FRANK C. DAMRELL, JR.
                         UNITED STATES DISTRICT JUDGE


Stip and Order/Nunes                2