```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    MONICA MARIE NUNES
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. 2:07-cr-0390 FCD
                                   )
13                 Plaintiff,      )
                                   ) DEFENDANT'S WAIVER OF APPEARANCE
14        v.                       )
                                   ) Judge: Hon. Frank C. Damrell, Jr.
15  MONICA MARIE NUNES,            )
                                   )
16                 Defendant.      )
    _____)
17
```

18      Pursuant to Fed.R.Crim.P. 43, defendant, MONICA MARIE NUNES,
19 hereby waives the right to be present in person in open court upon the
20 hearing of any motion or other proceeding in this case, including, but
21 not limited to, when the case is set for trial, when a continuance is
22 ordered, and when any other action is taken by the Court before or
23 after trial, except upon arraignment, initial appearance, trial
24 confirmation hearing, entry of plea, and every stage of trial including
25 verdict, impanelment of jury and imposition of sentence.
26      Defendant hereby requests the Court to proceed during every
27 absence of hers which the Court may permit pursuant to this waiver and
28 agrees that her interests will be deemed represented at all times by

the presence of her attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

The defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without her personal presence.

Dated: October 31, 2007

    /s/ Monica Marie Nunes
MONICA MARIE NUNES
(Original retained by attorney)

I concur in Ms. Nunes' decision to waive her presence at future proceedings.

Dated:  October  31, 2007    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


    /s/ Mary M. French
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
MONICA MARIE NUNES

IT IS SO ORDERED.

Dated: November 16, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE