```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    MONICA MARIE NUNES
 7

 8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-0390 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| MONICA MARIE NUNES, | ) Date: February 11, 2008 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

It is hereby stipulated between the parties, Robin Taylor, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MONICA MARIE NUNES, that the Status Conference hearing date of January 8, 2008, is vacated and a new Status Conference hearing date of February 11, 2008, at 10:00 a.m. is hereby set.

This continuance is requested because the defendant recently gave birth and is medically unavailable.  In addition, defendant's counsel is researching guideline issues that will affect the resolution of the case.

It is further stipulated that the period from January 8, 2008,

1 through and including February 11, 2008, should be excluded pursuant to
2 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3 counsel and defense preparation.

4 Dated:  January 3, 2008                    Respectfully submitted,

6                                             DANIEL J. BRODERICK
                                             Federal Defender

8                                              /s/ Mary M. French
9                                             MARY M. FRENCH
                                             Supervising Assistant
10                                            Federal Defender
                                             Attorney for Defendant
11                                            MONICA MARIE NUNES

14 Dated:  January 3, 2008                    MCGREGOR W. SCOTT
                                             United States Attorney

16                                            /s/  Mary M. French for
                                                  Robin Taylor

17                                            _____
                                             ROBIN TAYLOR
                                             Assistant U.S. Attorney
18                                            per telephonic authorization

20 IT IS SO ORDERED.

22 Dated: January 3, 2008                    _____
23                                            FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE