1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   MONICA MARIE NUNES

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,       )  No. CR-S-07-0390 FCD
                                   )
13            Plaintiff,            )
                                   )  STIPULATION AND ORDER CONTINUING
14       v.                         )  STATUS CONFERENCE
                                   )
15 MONICA MARIE NUNES,             )  Date:  June 23, 2008
                                   )  Time:  10:00 a.m.
16            Defendant.            )  Judge: Hon. Frank C. Damrell, Jr.
   _____ )

18       It is hereby stipulated between the parties, Robin Taylor,
19 Assistant United States Attorney, attorney for plaintiff and Mary M.
20 French, Supervising Assistant Federal Defender, attorney for defendant
21 MONICA MARIE NUNES, that the Status Conference hearing date of
22 June 23, 2008, is vacated and a new Status Conference hearing date of
23 July 21, 2008, at 10:00 a.m. is hereby set.
24       This continuance is requested as the parties are in discussion of
25 a possible resolution of the case and need additional time.
26       It is further stipulated that the period from June 23, 2008,
27 through and including July 21, 2008, should be excluded pursuant to 18
28 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1 | counsel and defense preparation.

2 | Dated:   June 17, 2008                    Respectfully submitted,

3

4 |                                            DANIEL J. BRODERICK
                                               Federal Defender
5

6
                                               /s/ Mary M. French
7 |                                            MARY M. FRENCH
                                               Supervising Assistant
8 |                                            Federal Defender
                                               Attorney for Defendant
9 |                                            MONICA MARIE NUNES

10

11
   | Dated:   June 17, 2008                    MCGREGOR W. SCOTT
12 |                                            United States Attorney

13
                                               /s/  Mary M. French for
14 |                                            ROBIN TAYLOR
                                               Assistant U.S. Attorney
15 |                                            per telephonic authorization

16

17 | IT IS SO ORDERED.

18

19 | Dated:    June 17, 2008

20 |                                            _____
                                               FRANK C. DAMRELL, JR.
21 |                                            United States District Judge

22

23

24

25

26

27

28