1 DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
2 MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONICA NUNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0390 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| MONICA NUNES, | ) | Date: September 8, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, Robin Taylor, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of August 18, 2008, be vacated and a new Status Conference hearing date of September 8, 2008, at 10:00 a.m. be set.

This continuance is requested due to defense counsel's unavailability. Additionally, the parties are working toward a resolution of the case.

It is further stipulated that the period from August 18, 2008, through and including September 8, 2008, should be excluded pursuant to

///

///

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 6, 2008

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Acting Federal Defender

                                                /s/ Mary M. French
                                                _____
                                                MARY M. FRENCH
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                MONICA NUNES

Dated: August 6, 2008                    MCGREGOR W. SCOTT
                                                United States Attorney

                                                /s/  Mary M. French for
                                                     Robin Taylor
                                                _____
                                                ROBIN TAYLOR
                                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: August 7, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE